UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOSEPH A. CARI, JR., ) | |
|     Plaintiff, ) | |
| v. ) | No. 1:18-cv-12217-WGY |
| ) | |
| MEDCAP GROWTH EQUITY LLC and ) | |
| CHRISTOPHER VELIS, ) | |
|     Defendants. ) | |

## DEFENDANT MEDCAP GROWTH EQUITY LLC'S
## CORPORATE DISCLOSURE STATEMENT

By its undersigned counsel and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant MedCap Growth Equity LLC states that it has no parent company and no publicly held corporation currently holds 10% or more of its ownership interests.

**MEDCAP GROWTH EQUITY LLC,**
By its attorney,

/s/ *Alicia L. Downey*
Alicia L. Downey, BBO# 564265
Downey Law LLC
155 Federal Street, Suite 300
Boston, MA 02110
(617) 444-9811
alicia@downeylawllc.com

Dated: January 3, 2019

## CERTIFICATE OF SERVICE

The undersigned certifies that on the above date, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to any non-registered participants by first-class mail, postage prepaid.

/s/ *Alicia L. Downey*