~~EXHIBIT A~~

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH A. CARI, JR.,<br>Plaintiff,<br>v.<br><br>MEDCAP GROWTH EQUITY LLC and<br>CHRISTOPHER VELIS,<br>Defendants. | *as modified*<br>No. 1:18-cv-12217-WGY<br>YOUNG, D.J.<br>So ordered as the case management<br>scheduling order. <br>Discovery c_____ *Feb 6, 2020*<br>Dispositive motions due *Jun 4, 2020*<br><br>*William G. Young*<br>U.S. District Judge<br>*March 20, 2019* |

## JOINT ~~PROPOSED~~ CASE MANAGEMENT SCHEDULE

Pursuant to this Court's Order (Dkt. 22) of March 5, 2019, counsel for the parties have conferred and now submit this Joint Proposed Case Management Schedule. This Scheduling Order is intended to provide a reasonable timetable for discovery and motion practice in order to help ensure a fair and just resolution of this matter without undue expense or delay. See Fed. R. Civ. P. 1.

### Timetable for Discovery and Motion Practice

This case was filed on October 24, 2019. Defendants filed their motion to dismiss on January 11, 2019. Defendants' answer is due on March 27, 2019. Counsel accordingly propose the following pretrial schedule:

1. INITIAL DISCLOSURES required by Fed. R. Civ. P. 26(a)(1) must be served on or before April 12, 2019.

2. AMENDMENT OF PLEADINGS: Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after September 2, 2019.

3. SETTLEMENT CONFERENCE: A settlement conference will be held after September 30, 2019, or sooner by order of the Court in response to a request by the parties or otherwise.

4. FACT DISCOVERY, other than expert discovery, including service of and responses to written discovery requests and all depositions, to be completed by December 2, 2019.

5. EXPERT DISCOVERY

   a. Plaintiff's trial experts must be designated, and information required by Fed. R. Civ. P. 26(a)(2) disclosed by <u>December 2, 2019.</u>

   b. Plaintiff's trial experts must be deposed no later than January 6, 2020.

   c. Defendants' trial experts must be designated and information required by Fed. R. Civ. P. 26(a)(2) disclosed by <u>January 6, 2020.</u>

   d. Defendants' trial experts must be deposed no later than February 6, 2020.

6. DISPOSITIVE MOTIONS

   a. Dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed and served no later than <u>January 10, 2020</u>.

   b. Oppositions to dispositive motions must be filed and served within 21 twenty-eight (28) [handwritten: 21] days after service of the motion. [initials: WGY]

   c. Any reply in further support of a dispositive motion must be filed and served within seven (7) days after service of the opposition to the dispositive motion.

7. INITIAL AND PRETRIAL CONFERENCES. Parties are to be ready for trial <u>April 6, 2020</u>. The initial pretrial conference will be scheduled for <u>March 2020</u>. The parties must prepare and submit a pretrial memorandum in accordance with Local Rule 16.5(d) five business days prior to the date of the conference. The Court may also schedule interim pretrial conferences as it deems appropriate.

## Procedural Provisions

1. **Modification of Scheduling Order.** Motions to extend or modify the foregoing deadlines will be granted only upon a showing of good cause, supported by affidavits, other evidentiary materials, or references to pertinent portions of the record. All motions to extend a discovery deadline shall contain a brief statement of the reasons for the request; a summary of the discovery, if any, that remains to be taken; and a specific date when the requesting party expects to complete the additional discovery, join other parties, amend the pleadings, or file a motion.

2. **Motions to Compel or Prevent Discovery.** Except for good cause shown, motions to compel discovery, motions for protective orders, motions to quash, motions to strike discovery responses, and similar motions must be filed no later than the close of fact discovery or the close of expert discovery, whichever deadline is relevant. If additional discovery is compelled by the Court after the relevant deadline has passed, the Court may enter such additional orders relating to discovery as may be appropriate.

3. **Status Conferences.** A status conference after (or close to) the close of fact discovery will be scheduled for case management purposes. Any party who reasonably believes that a status conference will assist in the management or resolution of the case may request one from the Court upon reasonable notice to opposing counsel.

4. **Early Resolution of Issues.** The Court recognizes that, in some cases, resolution of one or more preliminary issues may remove a significant impediment to settlement or otherwise expedite resolution of the case. Counsel are encouraged to identify any such issues and to make appropriate motions at an early stage in the litigation.

5. **Protective Order.** By separate filing, the Parties will jointly move for entry of a Stipulated Protective Order to govern discovery and disclosure of confidential materials.

By the Court,

Dated: *March 20, 2019*                                      *William G. Young*