# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOSEPH A. CARI, JR., )<br>    Plaintiff, )<br>v. )<br> )<br>MEDCAP GROWTH EQUITY LLC and )<br>CHRISTOPHER VELIS, )<br>    Defendants. ) | No. 1:18-cv-12217-WGY |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, through their undersigned counsel, hereby stipulate to the dismissal of the complaint in the above-referenced action with prejudice. Each party shall bear its own costs and there shall be no right of appeal from judgment entered in accordance with this Stipulation of Dismissal.

| | |
|---|---|
| **JOSEPH A. CARI, JR.,**<br>By his attorneys, | **MEDCAP GROWTH EQUITY LLC and CHRISTOPHER VELIS,**<br>By their attorney, |
| /s/ *Hal K. Gillespie*<br>Hal K. Gillespie<br>*Admitted pro hac vice*<br>Gillespie Sanford LLP<br>4925 Greenville Ave., Suite 200<br>Dallas, TX  75206<br>Tel: 214-800-5111<br>hkg@gillespiesanford.com | /s/ *Alicia L. Downey*<br>Alicia L. Downey, BBO# 564265<br>Downey Law LLC<br>155 Federal Street, Suite 300<br>Boston, MA 02110<br>Tel. (617) 444-9811<br>alicia@downeylawllc.com |
| -and- | |
| Paul H. Merry, BBO# 343580<br>Law Offices of Paul H. Merry, Esq.<br>50 Congress Street, Suite 1000<br>Boston, MA 02109<br>Tel. 617-720-2400<br>Paul.merry@fairworkplace.net | Dated: August 1, 2019 |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the above date, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to any non-registered participants.   /s/ *Alicia L. Downey*